UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JIANNAN CUI,

                Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
STATE; MARCO RUBIO, Secretary of State;
DAVID PERDUE, United States Ambassador
to the People's Republic of China; SCOTT
WALKER, Consul General at the United
States Consulate General in Shanghai, China,

                Defendants.

Case No. 2:26-cv-00205-RSM

STIPULATED MOTION TO STAY
AND ORDER

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 45 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, inter alia, to compel Defendants to adjudicate her visa application.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO STAY AND ORDER - 1

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, these claims may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that the instant action be stayed for 45 days. The parties will submit a joint status report on or before the end of this period.

Dated this 6th day of April, 2026.

Respectfully submitted,

BECKNER IMMIGRATION LAW, PLLC

*s/ Katie D. Fairchild*
KATIE D. FAIRCHILD, WSBA #47712
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: katie.fairchild@usdoj.gov

*s/Kelsey Beckner*
KELSEY BECKNER (WA Bar No. 58670)
4444 Woodland Park Avenue N., Suite B101
Seattle, WA 98103
Telephone: (360) 602-1570
Fax: (206) 504-3704
Email: kbeckner@becknerimmigration.com

REEVES IMMIGRATION LAW GROUP

*Attorney for Defendants*

*I certify that this memorandum contains 191 words, in compliance with the Local Civil Rules.*

*s/Meixuan Zhang*
MEIXUAN ZHANG, *Pro Hac Vice*
2 North Lake Avenue, Suite 950
Pasadena, CA 91101
Telephone: (626) 795-6777
Fax: (626) 795-6999
Email: mzhang@reevesimmigration.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO STAY AND ORDER - 2

**ORDER**

The case is held in abeyance.  The parties shall submit a status update within 45 days of this Order.  It is so **ORDERED**.


DATED this 7th day of April, 2026.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STAY AND ORDER - 3